IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CARLOS JAVIER RUIZ-PATINO ET AL<br><br>Defendants | Criminal No.: 23-085 (PAD) |

**MOTION TO UNSEAL**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, to respectfully inform the Honorable Court of some of the Defendants' arrests and request the unsealing of this case on the CM/ECF system.

Accordingly, the United States respectfully requests that the Honorable Court grant the United States' request.

Respectfully submitted,

W. STEPHEN MULDROW
United States Attorney

s/Daniel J. Olinghouse
Daniel J. Olinghouse
Assistant United States Attorney
USDC-PR No. G03009
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
(787) 766-5656
Daniel.Olinghouse2@usdoj.gov

*No. 23-085 (PAD)*
*Page **2** of **2***

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will generate an electronic notice of this filing to be sent to the parties.

<u>s/Daniel J. Olinghouse</u>
Daniel J. Olinghouse
Assistant United States Attorney