IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>[11] ARAZET CRUZ-ROQUE,<br><br>Defendant. | No.: 23-cr-85 (PAD) |

### MOTION TO DISMISS INDICTMENT

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorneys, to respectfully move the Court to dismiss without prejudice the Indictment pending against [11] ARAZET CRUZ-ROQUE pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

Accordingly, the United States respectfully requests that the Court dismiss the Indictment without prejudice.

Respectfully submitted,

W. STEPHEN MULDROW
United States Attorney

_____
Timothy R. Henwood
Assistant United States Attorney

s/Daniel J. Olinghouse
Daniel J. Olinghouse
Assistant United States Attorney
USDC-PR No. G03009
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
(787) 766-5656
Daniel.Olinghouse2@usdoj.gov