### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF<br><br>V.<br><br>CARLOS JAVIER RUIZ-PATIÑO<br><br>DEFENDANT | CRIMINAL NO.: 23-085(PAD) |

### MOTION FOR LEAVE TO TRAVEL

THE HONORABLE COURT:

COMES NOW, the Mr. Ruiz-Patiño through his undersigned attorney and very respectfully state and pray:

1. AUSA Olignhouse has informed the undersigned that as part of the discovery proceedings an airplane that was allegedly used by Mr. Ruiz-Patiño, as part of the case allegations, is available for inspection in an undisclosed location in Fort Lauderdale, Florida. The parties have arranged for such inspection to take place on July 24, 2023.

2. Accordingly, the undersigned seeks leave to purchase travel to Fort Lauderdale Fl, to carry out the inspection and to incur a one-night hotel expense to be paid with CJA funds. Also a two day rental expense is requested.

**WHEREFORE** it is requested that this Honorable Court authorizes the undersigned to book travel to the State of Florida and a return flight to Puerto Rico during the aforementioned period with CJA funds and to authorize the undersigned to incur in travel expenses for one night lodging a two days of car rental fees.

**HEREBY CERTIFY** that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of its filing to all counsel of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this July 12th, 2023.

*S/RAÚL S. MARIANI FRANCO*
RAÚL S. MARIANI FRANCO
USDC-PR NO.: 210309
P.O. BOX 9022864
SAN JUAN, PR 00902-2864
Tel.: (787) 620-0038
Fax: (787) 620-0039
marianifrancolaw@gmail.com