IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF<br><br>V.<br><br>CARLOS JAVIER RUIZ PATIÑO<br>DEFENDANT | CRIMINAL NO.: 23-085 (PAD) |

**EMERGENCY MOTION REQUESTING
PERMISSION TO BE EXCUSED OF STATUS CONFERENCE**

**TO THE HONORABLE COURT:**

Comes now Carlos Javier Ruiz-Patiño, through his undersigned attorney and respectfully alleges and prays:

1. This Honorable Court has set a Status Conference in this case for today December 5, 2023 at 9:30am. The undersigned, on this same date and at the same time has a previously scheduled medical appointment with an ENT that conflicts with the hearing which was reset on November 21, 2023. (Docket 187).

2. Appointment with specialists are difficult to obtain and the visit is necessary to address some ongoing medical matters.

3. Accordingly, it is requested that the Court excuses the undersigned's appearance from today's hearing. As to the status of the case, it is informed that the Government has continued to provide discovery after the last status conference. The last such production was a personal storage device with a significant number of gigabits of information. The undersigned is in the process of reviewing such discovery and then coordinating a visit to Mr. Ruiz-Patiño at MDC to discuss the same.

4.      Additional time is requested to complete such review and enter into meaningful plea negotiations in this case.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the above and excuses the undersigned from his appearance for the status conference set for today.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY**: That on I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems that will send notification of such filling.

In San Juan, Puerto Rico, this December 5, 2023.

S/*RAÚL S. MARIANI FRANCO*
RAÚUL S. MARIANI FRANCO
USDC-PR NO.: 210309
P.O. BOX 9022864
SAN JUAN, PR 00902-2864
Tel.: (787) 620-0038
Fax: (787) 620-0039
marianifrancolaw@gmail.com