IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff

    v.

CARLOS RUIZ-PATIÑO

    Defendant

CRIMINAL NO. 23-085 (PAD)

## MOTION TO RESTRICT

TO THE HONORABLE COURT:

    COMES NOW the United States, through undersigned counsel, and respectfully states and prays:

    1.    On July 11, 2024, Defendant filed a *Motion in Compliance with Order* at ECF No. 237. *See* ECF No. 239.

    2.    In order to maintain the privacy of confidential information contained in the motion, including Mr. Ruiz's medical information, the undersigned attorney requests leave to file the motion using the selected parties viewing restriction, limiting the filing to the government, Mr. Ruiz, the U.S. Probation Office and the Court.

    3.    This motion to restrict is filed in compliance with Standing Order No. 9

    WHEREFORE, the Defendants respectfully request the Court authorize the filing of the Restricted Document as Selected Parties.

    I HEREBY CERTIFY that a copy of the foregoing was filed today, with the Clerk of the Court using CM/ECF system, which will send notification of the filing to counsel of record.

    RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 11th day of July 2024.

W. Stephen Muldrow
United States Attorney

s/*Lisa E. Bhatia Gautier*
Lisa E. Bhatia Gautier
Assistant U.S. Attorney / 206014
Torre Chardón, Suite 1201
350 Calle Chardón
San Juan, Puerto Rico  00918
Tel. (787) 282-1894
E-mail: lisa.bhatia@usdoj.gov